(Official Form 1) (12/03)

FORM B1

# United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>OQUENDO-SANTIAGO, JENNY | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 9235 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>CALLE LAUREL BB-20<br>QUINTAS DE DORADO<br>DORADO, PR 00646 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Dorado | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

THIS SPACE IS FOR COURT USE ONLY
RECEIVED & FILED
U.S. Bankruptcy Court
APR - 6 2005

**Statistical/Administrative Information** (Estimates only)
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

VOLUNTARY PETITION

| **Voluntary Petition**  *(This page must be completed and filed in every case)* | Name of Debtor(s): OQUENDO-SANTIAGO, JENNY |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_ JENNY OQUENDO-SANTIAGO
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

April 6, 2005
Date

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)
Teresa M. Lube Capó USDC 122205
Printed Name of Attorney for Debtor(s)
LUBE & SOTO LAW OFFICES, P.S.C. 702 UNION ST., APT
Firm Name
CONDOMINIO UNIMAR
Address
SAN JUAN, PR 00907-4202

(787) 722-0909
Telephone Number

April 6, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_     4/06/05
Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re:  
OQUENDO-SANTIAGO, JENNY

Case No.

Chapter 13

_____Debtor(s)_____  
Attorney for Debtor: LUBE & SOTO LAW OFFICES

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case up to the confirmation of the plan the debtor(s) has (have) agreed to pay a minimum cap fee of: .........$2,000.00
   b) Prior to the filing of this statement, debtor(s) has (have) paid for fees .........$1,000.00
   c) The unpaid balance due and payable is .........$1,000.00
   d) The debtor(s) has (have) have been advised that the above stated fees will be paid to the undersigned through the Trustee, ahead of any other creditors provided for by the plan and concurrently only with the Trustee's fees after confirmation of the plan.

3. $ __194.00__ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered for the above stated minimum cap fee include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court. Drafting of a plan that meets the requirements of 11 USC §1322 and 1325.
   c) Representation of the debtor(s) at the meeting of creditors, and confirmation hearing and any continuances thereof. It is understood by the debtor(s) that the attorney(s) will keep a record of time and expenses related to the case, should the time and expenses exceed the basic cap fee herein disclosed, the attorney(s) may file an application for fees for approval by the court at the agreed rate of $150.00 per hour and $45.00 for paralegal services, and these fees and expenses, if approved, will be paid by the Trustee from funds on hand. *Otherwise, adversary proceedings of any nature, contested matters, index proceedings, and post confirmation modifications of the plan are excluded from the above stated fee, and shall be billed at the above stated hourly rates and paid upon approval of proper application to the Court.*

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed.

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and/or through the plan.

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated: None

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows: None

Dated: April 6, 2005        Respectfully submitted,

Attorney for Petitioner:    Teresa M. Lube/Capó, Esq. USDC 122205  
Lube & Soto Law Offices  
G-1 Cond. Unimar  
702 Unión St.  
Miramar PR 00907  
Tel. (787) 722-0909 Fax (787) 977-1709

Acknowledgment by debtor(s):

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE OQUENDO SANTIAGO, JENNY

DEBTOR

CASE NUMBER:

CHAPTER 13

## LIST OF CREDITORS

ANDRES RODRIGUEZ ELIAS, ESQ.
PO BOX 1146
SABANA SECA, PR 00952-1146

CITIBANK, N.A.
PO BOX 70319
SAN JUAN, PR 00936-8319

JC PENNEY
MONOGRAM CREDIT CARD BANK OF GA
PO BOX 364788
SAN JUAN, PR 00936-4788

LIFETIME INTL HOME PRODUCTS
PO BOX 363885
SAN JUAN, PR 00936-3885

ROBERT COLON
URB CIELO DORADO 81
VEGA ALTA, PR 00692

BANCO POPULAR DE PUERTO RICO
MIGDALIA E. GUASP, ESQ.
PO BOX 362708
SAN JUAN, PR 00936-2708

COOP A/C VEGA ALTA
PO BOX 1078
VEGA ALTA, PR 00692-1078

JUAN SANTIAGO
C/O LCDO. LUIS A. CID
PO BOX 2065
BAYAMON, PR 00960-2065

NELSON SANTIAGO MORALES
C/O LCDO JUAN C. BIGAS VALEDON
PO Box 7462
Ponce, PR 00732-7462

WILFREDO OQUENDO
URB QUINTAS DE DORADO
X-1 CALLE 16
DORADO, PR 00646-4739

OQUENDO-SANTIAGO JENNY
CALLE LAUREL BB-20
QUINTAS DE DORADO
DORADO PR  00646

ROBERT COLON
URB CIELO DORADO 81
VEGA ALTA PR  00692

LUBE & SOTO LAW OFFICES PSC
702 UNION ST APT G-1
CONDOMINIO UNIMAR
SAN JUAN PR  00907-4202

WILFREDO OQUENDO
URB QUINTAS DE DORADO
X-1 CALLE 16
DORADO PR  00646-4739

ANDRES RODRIGUEZ ELIAS ESQ
PO BOX 1146
SABANA SECA PR  00952-1146

BANCO POPULAR DE PUERTO RICO
MIGDALIA E GUASP ESQ
PO BOX 362708
SAN JUAN PR  00936-2708

CITIBANK NA
PO BOX 70319
SAN JUAN PR  00936-8319

COOP A/C VEGA ALTA
PO BOX 1078
VEGA ALTA PR  00692-1078

JC PENNEY
MONOGRAM CREDIT CARD BANK OF GA
PO BOX 364788
SAN JUAN PR  00936-4788

JUAN SANTIAGO
C/O LCDO LUIS A CID
PO BOX 2065
BAYAMON PR  00960-2065

LIFETIME INTL HOME PRODUCTS
PO BOX 363885
SAN JUAN PR  00936-3885

NELSON SANTIAGO MORALES
C/O LCDO JUAN C BIGAS VALEDON
PO BOX 7462
PONCE PR  00732-7462

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NUMBER:

OQUENDO-SANTIAGO, JENNY    RECEIVED & FILED
                          U.S. Bankruptcy Court

Debtor                      APR - 6 2005            CHAPTER 13

---

### NOTICE OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13 AND AUTOMATIC STAY OF SUITS

You are hereby notified that the above named debtor has filed a petition under Chapter 13 of Title 11, United States Code on _____APR 0 6 2005_____.

Pursuant to the provisions of 11 USC §362, the filing of the petition by the above named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him/her, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor, and of any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

You are further notified that under the Bankruptcy Code 11 USC §1301, a creditor may not act, or commence or continue any civil action, to collect any or part of a consumer debt of the debtor from any individual that is liable of such debt with the debtor.

This notice is sent to you by order of the United States Bankruptcy Judge.

In San Juan, Puerto Rico, this_____APR 1 8 2005_____.

                                        Celestino Matta-Méndez
                                        Clerk, United States Bankruptcy Court

                                By:  _____
                                        Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:
OQUENDO-SANTIAGO, JENNY

RECEIVED & FILED CASE NUMBER:
U.S. Bankruptcy Court

APR - 6 2005   CHAPTER 13

DEBTORS

## NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY

Upon the filing or the instant petition, the items checked were not submitted:

( ) Signature (Upon Filing)

( ) Master Address List (Upon Filing)

( ) Master Address List in Diskette (Upon Filing)

( ) List of Creditors (Upon Filing)

( ) Statement of Social Security Number (Form B-21) and/or Employer ID Number (Upon Filing)

( ) Statement disclosing compensation paid or to be paid to the attorney for the debtor
Must be submitted upon filing or within 15 days or any other date set by the Court, 11 USC S329 and Rule 2016 (b), Fed..R Bankr.P.

(✓) Chapter 13 Plan (15 days)

(✓) Schedules (15 days)

(✓) Statement of Affairs (15 days)

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the court may enter an order of dismissal without further notice or hearing.

In San Juan, Puerto Rico, this  APR 1 8 2005  .

BY ORDER OF THE COURT
Celestino Matta-Méndez
Clerk, United States Bankruptcy Court

By: _____
Deputy Clerk