# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                                                          CASE NO.    05-03407 BKT

JENNY OQUENDO SANTIAGO

*Debtor*                           CHAPTER    13

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## *MOTION REQUESTING WITHDRAWAL OF DEPOSITED FUNDS*

TO THE HONORABLE COURT:

**NOW COMES** Creditor herein, ***JUAN SANTIAGO SANTIAGO***, by his undersigned attorney, and very respectfully ALLEGE AND PRAY:

1. On September 27, 2010, Trustee Alejandro Oliveras Rivera, deposited funds in favor of creditor Juan Santiago Santiago in the amount of $15,298.16 by check number 2053808.

2. The undersigned attorney respectfully requests that this Honorable Court allow creditor herein to withdraw the funds in the amount of $15,298.16 deposited with the Clerk of the Court.

**WHEREFORE**, the undersigned attorney respectfully requests that this Honorable Court allow creditor Juan Santiago Santiago to withdraw check number 2053808 and that all remedies which are proper and just be granted.

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Alejandro Oliveras Rivera, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 8th day of October, 2010.

By: /s/ Juan C. Bigas Valedón
**JUAN C. BIGAS VALEDON**
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
jcbigas@yahoo.com

**05-03407-BKT13** JENNY OQUENDO SANTIAGO
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
**Date filed:** 04/06/2005 **Date of last filing:** 10/06/2010 **Plan confirmed:** 09/27/2005

# Creditors

**ANDRES RODRIGUEZ ELIAS ESQ**
PO BOX 1146
SABANA SECA, PR 00952-1146
(2142534)
(cr)

**ASSOCIATES FINANCE**
C/O FORTUNO & FORTUNO FAS
BOX 13665
SAN JUAN PR 00908-3665
(2151975)
(cr)

**BANCO POPULAR DE PUERTO RICO**
MIGDALIA E. GUASP, ESQ.
PO BOX 362708
SAN JUAN, PR 00936-2708
(2142535)
(cr)

**CITIBANK NA**
PO BOX 364106
SAN JUAN PR 00936-4106
(2167947)
(cr)

**CITIBANK, N.A.**
PO BOX 70319
SAN JUAN, PR 00936-8319
(2142536)
(cr)

**CitiMortgage, Inc.**
5280 Corporate Drive
Mail Stop 0257
Frederick, MD 21703
Attn: Bankruptcy Department
(2573895)
(cr)

**COOP A/C VEGA ALTA**
PO BOX 1078
VEGA ALTA, PR 00692-1078
(2142537)
(cr)

**JC PENNEY**
MONOGRAM CREDIT CARD BANK OF GA
PO BOX 364788
SAN JUAN, PR 00936-4788
(2142538)
(cr)

**JUAN SANTIAGO**
C/O LCDO. LUIS A. CID
PO BOX 2065
BAYAMON, PR 00960-2065
(2142539)
(cr)

| | |
|---|---|
| **Juan Santiago Santiago C/O Juan C. Bigas**<br>P O Box 7462<br>Ponce, PR 00732-7462 | (2193782)<br>(cr) |
| **LIFETIME INTL HOME PRODUCTS**<br>PO BOX 363885<br>SAN JUAN, PR 00936-3885 | (2142540)<br>(cr) |
| **MONOGRAM CREDIT CARD BANK OF GEORGIA/ JC PENNEY CO** | (2182169)<br>(cr) |
| **NELSON SANTIAGO MORALES**<br>C/O LCDO JUAN C. BIGAS VALEDON<br>PO Box 7462<br>Ponce, PR 00732-7462 | (2142541)<br>(cr) |
| **ROBERT COLON**<br>URB CIELO DORADO 81<br>VEGA ALTA, PR 00692 | (2142542)<br>(cr) |
| **STATE INSURANCE FUND CORPORATION**<br>WALLY DE LA ROSA VIDAL ESQ<br>LEGAL DIVISION<br>PO BOX 365028<br>SAN JUAN PR 00936-5028 | (2261342)<br>(cr) |
| **WILFREDO OQUENDO**<br>URB QUINTAS DE DORADO<br>X-1 CALLE 16<br>DORADO, PR 00646-4739 | (2142543)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/08/2010 16:18:56 | | | |
| **PACER Login:** | bb2191 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 05-03407-BKT13 Creditor Type: cr |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |