IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 05-03407 BKT

JENNY OQUENDO SANTIAGO

Chapter 13

XXX-XX-9235

FILED & ENTERED ON 10/21/2010

Debtor(s)

ORDER

The motion requesting withdrawal on unclaimed funds filed by Juan Santiago (docket #99) is hereby denied, it does not comply with the Local Bankruptcy Rules of U.S. Bankruptcy Court for the District of Puerto Rico 3011-1(b)(3).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of October, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    TERESA M LUBE CAPO
    ALEJANDRO OLIVERAS RIVERA
    JUAN C. BIGAS